NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QXMEDICAL, LLC,**
*Plaintiff-Appellee*

**v.**

**VASCULAR SOLUTIONS LLC, ARROW INTERNATIONAL LLC, TELEFLEX LLC, TELEFLEX LIFE SCIENCES LLC,**
*Defendants-Appellants*

---

2024-1572

---

Appeal from the United States District Court for the District of Minnesota in No. 0:17-cv-01969-PJS-TNL, Judge Patrick J. Schiltz.

---

Before REYNA, LINN, and STOLL, *Circuit Judges.*

REYNA, *Circuit Judge.*

## O R D E R

In response to the court's May 17, 2024 order, the parties inform the court they agree the district court's judgment should be vacated and the case should be remanded to the district court for further proceedings in light of this court's decision in *Vascular Solutions LLC v. Medtronic, Inc.*, No. 2024-1398 ("*Medtronic*").

2                    QXMEDICAL, LLC v. VASCULAR SOLUTIONS LLC

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The appeal is remanded for further proceedings in light of *Medtronic* and to allow the parties to ask the district court for vacatur of its judgment.  In granting the request, this court takes no position as to whether the district court should grant vacatur.

(2)  Each side shall bear its own costs.

FOR THE COURT

December 10, 2024
Date

Jarrett B. Perlow
Clerk of Court